CR 23-13 MJD/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 2 |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| IVAN GUTIERREZ MENDOZA, | ) | 21 U.S.C. § 853(a) |
| Defendant. | ) | 21 U.S.C. § 853(p) |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With the Intent To Distribute Methamphetamine)

On or about December 1, 2022, in the State and District of Minnesota, the defendant,

**IVAN GUTIERREZ MENDOZA,**

aiding and abetting others, and aided and abetted by others, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.



SCANNED
JAN 18 2023
U.S. DISTRICT COURT MPLS

*United States v. Ivan Gutierrez Mendoza*

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

### Drug Forfeitures

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).


A TRUE BILL


_____     _____
UNITED STATES ATTORNEY              FOREPERSON