UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.

Ivan Mendoza Gutierrez,

        Defendant.

Case. No. 23-CR-13 (MJD/JFD)

**ORDER ON RECONSIDERATION
OF DETENTION**

---

This matter was before the Court on January 31, 2023 for an arraignment and motions hearing. The court considered the defense Motion (Dkt. No. 15) for Reconsideration of Pre-Trial Release and the Motion of the United States (Dkt. No. 17) for Extension of Disclosure and Pretrial Dates. The United States was represented by Assistant US Attorney Albania Concepcion. Mr. Mendoza was represented by Thomas Shiah, Esq.

Based on the motion for reconsideration, the arguments and evidentiary proffers of counsel, and the report prepared by U.S. Probation and Pretrial Services (Dkt. No. 11), the Court finds that a combination of conditions less restrictive than pretrial detention will reasonably assure the presence of Mr. Mendoza in court as required and the safety of the community. Therefore, noting but overruling the objection of the United States, Mr. Mendoza is ordered released on the conditions set forth in the pretrial release conditions order (Dkt. No. 25).

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Motion for Reconsideration of Pre-Trial Release is **GRANTED**. Mr. Mendoza is released on the conditions set forth in the pretrial release order (Dkt. No. 25).

2. The Motion for Extension of Disclosure and Pretrial Dates is **GRANTED**. The Court will issue an amended scheduling order.

Dated: January 31, 2023    *s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge